ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 25 PM 2:37
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ERNST APPOLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 315-105 |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 24 day of February, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE